### George K. Zeigler

*v.*

### The People *ex rel.* Kochersperger, County Treasurer.

*Filed at Ottawa January 20, 1896.*

The opinion in *Bass* v. *People ex rel.* (*ante*, p. 207,) is conclusive here, the questions in the two cases being the same.

Writ of Error to the County Court of Cook county; the Hon. O. N. Carter, Judge, presiding.

William J. Donlin, and Taylor & McWilliams, for plaintiff in error.

J. D. Adair, for defendant in error.

Per Curiam: The questions in this record are the same as those presented in *Bass* v. *People ex rel.* (*ante*, p. 207.) That opinion is conclusive of all questions here, and the judgment of the county court is affirmed.

*Judgment affirmed.*